No. 95–8916.  LLOYD v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 95–8930.  ANGEL RIVERA v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 95–8931.  BENAVIDEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 95–8932.  BOLD v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 95–8933.  ADAMES ET AL. v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 95–8934.  BARRON v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 95–8937.  CORTI v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 95–8940.  RIVERS v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 95–8941.  PUREFOY v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 95–8946.  SMITH v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 95–8947.  STEDMAN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 95–8955.  ASHLEY v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 95–8956.  FRANCIS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 95–8957.  WALKER v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 95–8959.  HURTADO-GONZALEZ v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 95–8961.  GAMBLE v. MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 4th Cir.  Certiorari denied.